IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| CANOPIUS CAPITAL TWO LIMITED, ATRIUM 5 LIMITED, AMERICAN MODERN SELECT INSURANCE COMPANY, and GREAT LAKES REINSURANCE (UK) PLC | PLAINTIFFS |
| VS. | CASE NO. 4:11-CV-4070 |
| JEANNE ESTATES APARTMENTS, INC., STEVE JOHNSON, STEVE JOHNSON d/b/a THE COOKER, DON WOLF a/k/a DONN WOLFE, and CHERRY HILL PRINTING, INC. | DEFENDANT-INSUREDS |
| and | |
| DESIREE KOLBEK, AMY EDDY, JEANETTE ORLANDO, NICOLE FARR, SUMMER HAGAN, JAMIE RODRIGUEZ, PEBBLES RODRIGUEZ a/k/a YVONNE RODRIGUEZ, SPENCER ONDIRSEK, SETH CALAGNA, CHRISTHIAON COIE | DEFENDANT-CLAIMANTS |

## **ORDER**

Before the Court is Plaintiffs' Motion to Strike Motion to Dismiss as Untimely. (ECF No. 155). No response to the motion has been filed, and the time to do so has passed. The Court finds this matter ripe for consideration.

Plaintiff moves to strike Defendant-Claimants' Motion to Dismiss which was filed on October 8, 2015. (ECF No. 151). The Court previously ordered that all dispositive motions in this case be re-filed on or before September 18, 2015. (ECF No. 135). Defendant-Claimants have not attempted to show good cause for failing to comply with the Court's deadline. Accordingly, the Court finds that Plaintiff's motion (ECF No. 155) should be and hereby is

**GRANTED**.  Defendant-Claimants' Motion to Dismiss (ECF No. 151) is hereby struck from the record.[1]

**IT IS SO ORDERED**, this 23rd day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that the arguments made in Defendant-Claimants' Motion to Dismiss were also raised in their response to Plaintiff's Amended Motion for Summary Judgment.  Accordingly, the majority of the issues raised in the Motion to Dismiss will be addressed in the Court's forthcoming order on the summary judgment motion.