IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED,                                              PLAINTIFFS
ATRIUM 5 LIMITED, AMERICAN MODERN
SELECT INSURANCE COMPANY, and
GREAT LAKES REINSURANCE (UK) PLC

VS.                              CASE NO. 4:11-CV-4070

JEANNE ESTATES APARTMENTS, INC.,
STEVE JOHNSON, STEVE JOHNSON d/b/a
THE COOKER, DON WOLF a/k/a
DONN WOLFE, and CHERRY HILL PRINTING, INC.           DEFENDANT-INSUREDS

and

DESIREE KOLBEK, AMY EDDY,
JEANETTE ORLANDO, NICOLE FARR,
SUMMER HAGAN, JAMIE RODRIGUEZ,
PEBBLES RODRIGUEZ a/k/a
YVONNE RODRIGUEZ, SPENCER ONDIRSEK,
SETH CALAGNA, CHRISTHIAON COIE                       DEFENDANT-CLAIMANTS

## ORDER

Before the Court is Plaintiffs' Response to Order to Submit Proof of Service.  (ECF No. 158).  On February 4, 2016, the Court directed Plaintiffs to submit proof that certain pleadings and motions have been served upon Steve Johnson, a *pro se* defendant who has not consented to electronic service in this case.  (ECF No. 157).

Upon review of Plaintiffs' response, the Court is satisfied that Plaintiffs' service attempts have been adequate.  Because Steve Johnson has failed to keep the Court informed of his current address and his mail has been consistently returned as undeliverable, Plaintiffs' were warranted in completing service of their papers under the standards set forth in Federal Rule of Civil Procedure 5(b)(2)(D).

**IT IS SO ORDERED**, this 23rd day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge