IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS CAPITAL TWO LIMITED,                                         PLAINTIFFS
ATRIUM 5 LIMITED, AMERICAN MODERN
SELECT INSURANCE COMPANY, and
GREAT LAKES REINSURANCE (UK) PLC

VS.                              CASE NO. 4:11-CV-4070

JEANNE ESTATES APARTMENTS, INC.,
STEVE JOHNSON, STEVE JOHNSON d/b/a
THE COOKER, DON WOLF a/k/a
DONN WOLFE, and CHERRY HILL PRINTING, INC.       DEFENDANT-INSUREDS

and

DESIREE KOLBEK, AMY EDDY,
JEANETTE ORLANDO, NICOLE FARR,
SUMMER HAGAN, JAMIE RODRIGUEZ,
PEBBLES RODRIGUEZ a/k/a
YVONNE RODRIGUEZ, SPENCER ONDIRSEK,
SETH CALAGNA, CHRISTHIAON COIE                   DEFENDANT-CLAIMANTS

## JUDGMENT

Before the Court is an Amended Motion for Summary Judgment (ECF No. 143) filed on behalf of Plaintiffs. Separate Defendant-Insureds Cherry Hill Printing, Inc., Jeanne Estates Apartments, Inc., and Don Wolf have filed a response. (ECF No. 146). Separate Defendant-Claimants Amy Eddy, Nicole Farr, Summer Hagan, Desiree Kolbek, Jeanette Orlando, Jamie Rodriguez, and Pebbles Rodriguez have filed a response. (ECF No. 148). Plaintiffs have filed replies. (ECF Nos. 153-154). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Plaintiffs' Motion for Summary Judgment (ECF No. 151) should be and hereby is **GRANTED in part** and **DENIED in part**. Plaintiffs' motion is granted as to the coverage issues in the *Coie* suit. Because there is no justiciable controversy as to Plaintiffs' claims regarding the *Kolbek* suit

and the *Ondrisek* suit, the motion is denied as to these claims and they are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge